# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
_____Richmond_____ Division

In re   Fredericksburg Park, LLC

                              Case No.   17-32287-KLP

              Debtor(s)

                              Chapter    11

# ORDER OF DESIGNATION

     An order for relief under Title 11 U.S.C., Chapter _11_ having been entered on the petition filed in this case on  May 2, 2017                ; it is, therefore

     **ORDERED** that  Andrew S. Garrett              is designated by the Court to perform the duties imposed upon the debtor by the Bankruptcy Code. This designation shall remain in effect during the entire pendency of this case until altered by order of this Court; and it is further

     **ORDERED** that the Clerk mail a copy of this order to the designee, the attorney for the debtor, the trustee, and the United States Trustee.

Date:  May 4 2017                      /s/ Keith L. Phillips
                                       United States Bankruptcy Judge


                                       NOTICE OF JUDGMENT OR ORDER
                                       ENTERED ON DOCKET
                                        May 5 2017

[ver. 12/03]