IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

```
------------------------------------------------------------X
I. In re:                                    :    Chapter 11
                                             :
FREDERICKSBURG PARK, LLC,                    :    No. 17-32287-KLP
                                             :
       Debtor.                               :
                                             :
------------------------------------------------------------X
```

**MOTION FOR ORDER APPROVING CONTRACT TO SELL REAL ESTATE AND AUTHORIZING SALE OF CERTAIN REAL PROPERTY**

Fredericksburg Park, LLC ("Debtor"), the Debtor and Debtor-In-Possession herein, by counsel, pursuant to 11 U.S.C. §§363(b), respectfully requests entry of an Order approving the terms and conditions of that certain *Agreement of Purchase and Sale* (the "Contract") by and between the Debtor, as seller, and Kettler Real Estate Acquisitions, LLC ("Purchaser"), as purchaser, providing for the sale of all of the right, title and interest of the Debtor in its real property more particularly described herein and authorizing the sale of said property to Purchaser, and in support thereof respectfully states as follows:

**Jurisdiction and Venue**

1. This Court has jurisdiction over this matter pursuant to the provisions of 28 U.S.C. §§157 and 1334. This is a core proceeding pursuant to the provisions of 28 U.S.C. §157(b)(2)(N) and (O). Venue is proper in this District and Division pursuant to 28 U.S.C. §§1408 and 1409. The statutory predicate for the relief requested in this Motion is 11 U.S.C. §363(b).

**Background**

2. On May 2, 2017 (the "Petition Date"), the Debtor filed a voluntary petition commencing this case under Chapter 11 of the Bankruptcy Code. The Debtor has remained as Debtor in Possession since that time. No creditors committee, trustee or examiner has been

appointed. On August 30, 2017, this Court determined that this a single asset real estate case.

3. The Debtor's sole tangible assets consist of several contiguous or nearly contiguous parcels of effectively undeveloped real estate located in Fredericksburg, Virginia (the "Property"). Apart from a small real property tax liability, the secured debt on the Property consists of secured debt in favor of Telegraph Hill Investments, LLC and its related party David Horstick, in the total amount due of approximately $4.1 million. The legal description for each parcel of the Property is attached hereto as Exhibit A.

4. As a result of arms length negotiations with Purchaser, the Debtor has entered into the *Contract*, whereby it has agreed to sell the Property to Purchaser. The total purchase price for the proposed sale is $6,650,000 (the "Purchase Price"). There is no real estate agent's commission due on the sale. A true copy of the *Contract* is attached and incorporated by reference to this *Motion* as Exhibit B. The study period has now expired and the Contract is now final and binding, subject only to two contingencies related to utility easements that are expected to be satisfied prior to the closing date. There are no financing contingencies. Closing would take place not later than March 31, 2018, provided the Court enters an Order approving this proposed sale, or dismisses the bankruptcy case (the latter is the Debtor's preferred approach).

5. The sale of the Property to Purchaser will produce sufficient net proceeds to pay all creditors in full.

## Relief Requested

6. By this *Motion*, the Debtor seeks approval of the terms and conditions of the *Contract*, including authority to convey the Property to Purchaser and to pay all secured debt on the Property at closing.

## Argument

2

7. Section 363(b) of the Bankruptcy Code permits a trustee or debtor-in-possession to sell property of the estate other than in the ordinary course of business after notice and a hearing. 11 U.S.C. §363(b).

8. The bankruptcy court's power to authorize a sale under section 363(b) is an exercise of its discretion. *Committee of Equity Security Holders v. Lionel Corporation (In re Lionel Corporation)*, 722 F.2d 1063 (2d Cir. 1983). Factors to be considered in determining whether to approve a sale of assets under section 363(b) include: (i) whether a sound business reason exists for the proposed transaction, (ii) whether fair and reasonable consideration is being provided, (iii) whether the transaction has been proposed and negotiated in good faith, and (iv) whether adequate and reasonable notice has been provided. *See e.g.*, *In re Ewell*, 958 F.2d 275 (9th Cir. 1992) (affirming sale where price was fair and reasonable and buyer was good faith purchaser).

   a. In this case, the Debtor has a sound business reason for selling the Property to Purchaser. The Debtor has diligently and in good faith analyzed all other available options in connection with the use or disposition of the Property and determined that the terms and conditions set forth in the *Contract* with Purchaser, including the price at which Purchaser proposes to purchase the Property, are all fair and reasonable and together constitute the highest or otherwise best offer presently obtainable for the Property. The Debtor lacks the resources to develop the property itself, and has marketed the Property to several potential purchasers and investors, with this offer being the highest and best offer not subject to untenable contingencies, risks, expenses and delays.

   b. The terms of sale with Purchaser were negotiated at arms length and in good faith. Purchaser is not an "insider" of the Debtor as that term is defined in 11 U.S.C. § 101(31).

   c. Finally, adequate and reasonable notice is being provided to all creditors as set forth below.

9.  Pursuant to the provisions of section 363(b) of the Bankruptcy Code, the Debtor proposes to convey the Property to Purchaser and to satisfy at closing all liens on the Property.

10. Notice of this sale will be provided to all creditors and parties in interest in this case in accordance with the requirements of Bankruptcy Rules 6004(a) and 2002(a)(2) and (c).

## Conclusion

WHEREFORE, for the foregoing reasons, the Debtor respectfully requests that the Court enter an Order (a) approving all of the terms and conditions of the *Contract*, authorizing the conveyance of all of the Debtor's right, title and interest in and to the Property to Purchaser, (b) authorizing the disbursement from the proceeds of sale at closing to pay all liens and closing costs, including adjustment of real estate taxes to the date of settlement; and (c) providing such other and further relief as the Court deems just and proper.

Dated: March 5, 2018.

Respectfully submitted,

*/s/Robert B. Goodall*
Robert B. Goodall (VSB #13590)
Goodall, Pelt, Carper & Norton, P.C.
1259 Courthouse Road, Suite 101
Stafford, VA 22554
(540) 659-3130
(540) 659-0291 – Fax
email: bob.goodall@gpc-lawyers.com
Counsel for Fredericksburg Park, LLC

  /s/ Daniel M. Press
Daniel M. Press, VSB# 37123
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
(703) 734-3800
dpress@chung-press.com
Counsel for Fredericksburg Park, LLC

## CERTIFICATE OF SERVICE

      This is to certify that on this 5th day of March, 2018, I caused the foregoing document to be served by CM/ECF upon the United States Trustee and all creditors requesting such notice, and by first class mail, postage prepaid, upon the creditors included on the attached matrix.

.

                                  /s/ Daniel M. Press

Case 17-32287-KLP    Doc 78    Filed 03/05/18    Entered 03/05/18 16:02:57    Desc Main
Document    Page 6 of 7

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-3<br>Case 17-32287-KLP<br>Eastern District of Virginia<br>Richmond<br>Mon Mar  5 15:51:26 EST 2018 | Fredericksburg Park, LLC<br>P.O. Box 2648<br>Stafford, VA 22555-2648 | United States Bankruptcy Court<br>701 East Broad Street<br>Richmond, VA 23219-1888 |
| Andrew S. Garrett<br>85 Mine Rd., Suite 115<br>Stafford, VA 22554-7590 | Andrew S. Garrett, member loan<br>85 Mine Rd., Suite 115<br>Stafford, VA 22554-7590 | Beverley L. Crump,<br>Substitute Trustee<br>1111 East Main St., 16th, Fl<br>Richmond, VA 23219-3532 |
| Bowman Consulting Group, Ltd<br>650A Nelms Circle<br>Fredericksburg, VA 22406-1117 | Bruce E. Arkema, Esq.<br>111 East Main Street, 16th Fl.<br>Richmond, VA 23219-2111 | Christian G. Waller<br>701 Cobblestone Blvd., Unit 30<br>Fredericksburg, VA 22401-6616 |
| City of Fredericksburg, Virginia<br>Attn: Brenda A. Wood, Treasurer<br>P.O. Box 276<br>Fredericksburg, VA 22404-0276 | Dan Gartner<br>8430 Hunters Creek Drive<br>Houston, TX 77024-3205 | David D. Horstick<br>4121 Plank Road, #506<br>Fredericksburg, VA 22407-4888 |
| David D. Horstick<br>c/o Bruce E. Arkema, Esq.<br>1111 E. Main St. 16 Flr<br>Richmond, VA 23219-3532 | David D. Horstick<br>c/o Horstick Developments, Inc<br>PO Box 41190<br>Fredericksburg, VA 22404-1190 | Davis Carter Scott<br>1676 International Dr.<br>Fifth Floor<br>Mc Lean, VA 22102-4898 |
| Davis Carter Scott<br>8614 Westwood Center Dr. #800<br>Vienna, VA 22182-2264 | DurretteCrump, PC<br>1111 East Main St., 16th FL.<br>Richmond, VA 23219-3532 | Garrett Development Corp<br>85 Mine Rd., Suite 115<br>Stafford, VA 22554-7590 |
| Hirschler Fleischer<br>725 Jackson St., #200<br>Fredericksburg, VA 22401-5761 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | James R. Nalls<br>20376 Fallsway Terrace<br>Sterling, VA 20165-5161 |
| Jerry Brown<br>14060 Aris Ct.<br>Woodbridge, VA 22193-3346 | Kim Gartner<br>8430 Hunters Creek Drive<br>Houston, TX 77024-3205 | MVB Bank<br>1000 Johnson Ave.<br>Bridgeport, WV 26330-1350 |
| NVR, Inc.<br>3850 Fettler Park Dr.<br>Suite 201<br>Dumfries, VA 22025-2039 | Nationwide Harleysville Ins Co<br>355 Maple Ave.<br>Harleysville, PA 19438-2297 | (p)U S SECURITIES AND EXCHANGE COMMISSION<br>ATLANTA REG OFFICE AND REORG<br>950 E PACES FERRY RD NE STE 900<br>ATLANTA GA 30326-1382 |
| Ox Investments, LLC<br>c/o The Garrett Companies<br>85 Mine Road, Suite 115<br>Stafford, VA 22554-7590 | Phillip King<br>1011 Albert Rennolds Drive<br>Fredericksburg, VA 22401-4461 | Ramsey Masonry Company, Inc.<br>28 Potomac Creek Dr.<br>Fredericksburg, VA 22405-4541 |

| | | |
|---|---|---|
| Robert B. Van Arsdale, Asst US<br>Trustee   US Courthouse<br>701 E. Broad St., Ste. 4304<br>Richmond, VA 23219-1885 | Scott J. and Ann E. Thomas<br>5316 Pocahontas Street<br>Bellaire, TX 77401-4823 | Shanks Towing<br>3616 Summit Crossing Rd.<br>Fredericksburg, VA 22408-0458 |
| Taurean Investments, LLC<br>Atten: Jason Sherman<br>4020 N. Randolph Street<br>Arlington, VA 22207-4812 | Telegraph Hill Investments, LL<br>c/o Bruce E. Arkema, Esq.<br>1111 E. Main St. 16 flr<br>Richmond, VA 23219-3532 | Telegraph Hill Investments, LL<br>c/o Horstick Development, Inc.<br>P.O. Box 41190<br>Fredericksburg, VA 22404-1190 |
| Telegraph Hill Investments, LL<br>c/o Horstick Developments, Inc<br>PO Box 41190<br>Fredericksburg, VA 22404-1190 | Treasurer, City of Fredericksb<br>PO Box 267<br>Fredericksburg, VA 22404-0267 | Daniel M. Press<br>Chung & Press, P.C.<br>6718 Whittier Ave., Suite 200<br>McLean, VA 22101-4531 |
| Judy A. Robbins<br>Office of the U.S. Trustee - Region 4 -R<br>701 E. Broad Street, Suite 4304<br>Richmond, VA 23219-1849 | Robert B. Goodall<br>Goodall, Pelt & Carper, P.C.<br>1259 Courthouse Road, Suite 101<br>Stafford, VA 22554-7124 | |

               The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
               by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| IRS<br>400 N. 8th St., Box 76<br>Stop Room 898<br>Richmond, VA 23219 | Office of Reorganization<br>SEC<br>3475 Lenox Road, NE, Ste. 1002<br>Atlanta, GA 30326-7625 | |

               The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Telegraph Hill Investments, LLC | (d)Andrew S. Garrett, Inc.<br>85 Mine Road, Suite 115<br>Stafford, VA 22554-7590 | (d)Garrett Development Corp.<br>85 Mine Rd., Suite 115<br>Stafford, VA 22554-7590 |
| (d)Andrew S Garrett<br>85 Mine Rd. Suite 115<br>Stafford, VA 22554-7590 | (u)David Horstick | End of Label Matrix<br>Mailable recipients    40<br>Bypassed recipients     5<br>Total                  45 |